UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICKY L. MEYER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:06CV114 HEA |
| ) | |
| DON ROPER, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court on Petitioner's Letter requesting an extension of time within which to file an appeal. Petitioner's request is premature in that this Court has not entered a final judgment on his Habeas Petition.

It appears to the Court that Petitioner is seeking additional time to file objections to Judge Fleissig's Report and Recommendation. This request will be granted

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time to File Appeal, [Doc. No. 18], is denied as premature.

**IT IS FURTHER ORDERED** that Petitioner is given 30 days from the date of this Order to file his objections to Judge Fleissig's Report and

Recommendation entered on January 26, 2009.

Dated this 5th day of February, 2009.

                                        HENRY EDWARD AUTREY
                                   UNITED STATES DISTRICT JUDGE