UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| RICKY L. MEYER, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Case No. 4:06CV114 HEA |
| DON ROPER, | ) | |
| Respondent, | ) | |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition of Ricky L. Meyer for Writ of Habeas Corpus is denied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court will not issue a Certificate of Appealability.

Dated this 26th day of March, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE